IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 108.53.193.228

**ISP:** Verizon Internet Services
**Physical Location:** Montclair, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/25/2016 19:55:29 | 321F7D53C80DE42DB72530954818EE34D09110A7 | The Call Girl |
| 04/29/2016 19:51:55 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 02/26/2015 10:46:20 | 97F31E49717B079EF6BE6A2AFD6AE3B2820DB037 | Starting Over |
| 02/10/2015 09:48:41 | A3489404D5BC89A23C5693702FBAE237D7F447BE | In My Living Room |
| 02/09/2015 19:14:35 | 25A00DF352A7B7D17DC80E41187B0A60DF9F1308 | Too Hot To Handle |
| 02/09/2015 14:20:45 | BE684BCE129BDE8827B65645291D7B93F04675F2 | Tiffanys Tight Ass |
| 02/05/2015 14:43:13 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 01/09/2015 20:04:42 | DE24C3F03A30E1E0E3D7A2B66D4885E4A80D7549 | Still Mine |
| 01/09/2015 19:37:37 | DC68B75F6D146B1139EC9559C4AE1CEA5BF8CD7D | Barely Fits |
| 01/09/2015 19:24:25 | EB47647F0B410EA2A94999F1189185B3BF4684CC | The Secretary |
| 12/17/2014 21:45:29 | EC5F10F3595975F3FF0C95DD4D4FDC9BDDBE1C4A | Tantric Massage |
| 12/02/2014 19:24:06 | 2F4771020A9701851F7D58DDEC8A77D916B55650 | Exposed And Aroused |
| 11/20/2014 20:48:46 | 209AA26864182D392CDE5256AB22C1F425AFD6E6 | Awe Inspiring Orgy |
| 10/02/2014 17:01:33 | 78C3190DCCA710786BCC4AB94D2499A285FE4F69 | Nice And Slow |
| 04/28/2014 17:45:30 | 6D49FF84A616C511D7546281E353CF1102501445 | Double Tease |
| 04/28/2014 17:19:52 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |

**Total Statutory Claims Against Defendant: 16**

EXHIBIT A

CNJ609